IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLENN A. HENKE and LINDA KLUNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCO MIDCON, L.L.C., MAGELLAN PIPELINE COMPANY, L.P., and WILTEL COMMUNICATIONS, L.L.C.,<br><br>Defendants. | Civil Action No. 4:10-cv-00086 HEA |

**DEFENDANT ARCO MIDCON, L.L.C.'S
CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Arco Midcon, L.L.C. ("Arco") hereby moves the Court, with the consent of Plaintiffs, to extend the time within which Arco may answer or otherwise respond to Plaintiffs' Class Action Complaint in this matter, up to and including April 15, 2010.  In support of this motion, Arco states:

1.	In light of the nature of the claims raised in Plaintiffs' Class Action Complaint, Arco seeks a brief extension of approximately thirty (30) days, until April 15, 2010, in which to answer or otherwise respond to the Complaint.  No previous extension has been sought in this matter.

2.	Plaintiffs' counsel has consented to the requested extension.

3.	The requested extension will not unduly delay this action or prejudice any party.

WHEREFORE, Arco respectfully requests the Court to extend the time within which Arco may answer or otherwise respond to the Complaint in this matter to and including April 15, 2010.

Dated: March 8, 2010 Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Gerald P. Greiman
Gerald P. Greiman    #3276
Anne M. Lindner     #533403
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733  (telephone)
(314) 862-4656  (facsimile)
ggreiman@spencerfane.com
alindner@spencerfane.com

*Attorneys for Arco Midcon L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, I electronically filed *Defendant Arco Midcon, L.L.C.'s Consent Motion for Extension of Time* with the Clerk of the U.S. District Court for the Eastern District of Missouri, using the CM/ECF system which will send notification of such filing(s) to counsel of record:

John G. Simon
Erich Vieth
John Campbell
SIMON LAW P.C.
701 Market Street, Ste 1450
St. Louis, MO 63101

*Attorneys for Plaintiffs*

By: /s/ Gerald P. Greiman