**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **GLENN A. HENKE and LINDA KLUNER,**<br>**individually and on behalf of all others**<br>**similarly situated,** | ) ) ) ) | |
| **Plaintiffs** | ) ) | |
| **v.** | ) ) | **Civil Action No. 4:10-cv-00086-HEA** |
| **ARCO MIDCON LLC, MAGELLAN**<br>**PIPELINE COMPANY, L.P., and WILTEL**<br>**COMMUNICATIONS, L.L.C.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**DEFENDANT ARCO MIDCON'S
<u>MOTION TO DISMISS AND STRIKE</u>**

Defendant ARCO Midcon LLC respectfully moves to dismiss Count IV (strict liability),

Count V (declaratory and injunctive relief) and Count VI (breach of contract) and to strike

certain other allegations of Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules

of Civil Procedure.  In support of this Motion, Defendant ARCO Midcon incorporates the

arguments set forth in the accompanying *Defendant ARCO Midcon's Memorandum in Support of*

*Motion to Dismiss and Strike.*

Dated:  April 15, 2010                       Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: ___/s/ Gerald P. Greiman_____
                Gerald P. Greiman #3276
                Anne M. Lindner #533403
                1 North Brentwood Blvd., Suite 1000
                St. Louis, MO 63105
                (314) 863-7733 (telephone)
                (314) 862-4656 (facsimile)
                ggreiman@spencerfane.com
                alindner@spencerfane.com
                *Attorneys for ARCO Midcon LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 15, 2010</u>, I electronically filed *Defendant ARCO Midcon LLC's Motion to Dismiss and Strike* with the Clerk of the U.S. District Court for the Eastern District of Missouri, using the CM/ECF system which will send notification of such filing(s) to counsel of record:

John G. Simon
Erich Vieth
John Campbell
SIMON LAW P.C.
701 Market Street, Ste 1450
St. Louis, MO 63101
*Attorneys for Plaintiffs*

Robert Schultz
SCHULTZ & ASSOCIATES LLP
640 Cepi Drive, Ste. A
St. Louis, MO  63005
*Attorneys for Plaintiffs*

Theodore A. Kardis
Richard F. Modin
DOUGHERTY, MODIN & HOLLOWAY
7200 N.W. 86th Street, Ste. D
Kansas City, MO  64153
*Attorneys for Defendants Magellan Pipeline Company, L.P. and Wiltel Communications, L.L.C.*

    /s/ Gerald P. Greiman